Virgil A. Iler, SBN 158460
virgil@ilerlaw.com
Brooks L. Iler, SBN 99020
brooks@ilerlaw.com
ILER & ILER, LLP
16466 Bernardo Center Dr. Suite 281
San Diego, CA 92128
Telephone (858) 592-6212
Facsimile (858) 592-6213

Attorneys for plaintiff, BERNADETTE DEVERA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| BERNADETTE DEVERA,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | CASE NO. '18CV0119 BEN JMA<br><br>**COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA**<br><br>[29 U.S. Code Section 1132(a)(1)(B)] |
| --- | --- |

Plaintiff BERNADETTE DEVERA alleges as follows:

1. At all times mentioned herein plaintiff, BERNADETTE DEVERA, was an individual residing in San Diego County, California.

2. In approximately August 2013, plaintiff became employed in the County of San Diego, State of California, for Mossy Nissan Inc., as an Inernet Sales Consultant.

3. Through Trustee of the Group Insurance Trust For Employers In The Retail Trade Industry, on behalf of Plaintiff's employer, Mossy Nissian Inc, sponsored a Long-Term Disability Plan which included long term monthly disability benefits and waiver of life insurance premiums in the event of plaintiff's

disability; benefits for the plan were funded through a group insurance policy purchased from defendant, LIFE INSURANCE COMPANY of NORTH AMERICA (hereinafter "LINA").

4.   The employer-sponsored group disability insurance policy and the claim at issue in this action are governed by the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S. Code Section 1001. et. seq.

5.   On or about March 10, 2016, plaintiff became disabled within the definition of the insurance policy, and soon thereafter, and in a timely fashion, she made a claim for benefits under said policy; and plaintiff remains disabled as defined by the plan to this date, and continues to be eligible for benefits under the plan.

6.   On or about September 29, 2016, LINA denied the LTD claim.

7.   Plaintiff made a timely administrative appeal of the denial of her LTD claim; this administrative appeal was denied in letter dated May 10, 2017.

8.   On September 27, 2017, plaintiff submitted her final administrative aqppeal, which was denied again by LINA on January 9, 2018, thereby exhausting plainitiff's administrative remedies.

WHEREFOR, plaintiff prays judgment from the Court:

1.   Declaring that plaintiff is covered for past and ongoing disability benefits and waiver of her life insurance premiums under the plan.

2.   For past-due benefits in the amount of approximately $59,710 through the date of filing, and additional benefits accumulating at the rate of approximately $3,412 per month, less offsets for plaintiff's past California State Disability benefits.

3.   For reasonable attorney's fees.

4.   For costs of suit herein.

////

COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA

5.  For such other relief as the court deems proper.

Dated:  January 18, 2018                  **ILER & ILER, LLP**

                              By:   *s/ Virgil A. Iler*
                                    Virgil A. Iler
                                    Attorneys for Plaintiff,
                                    BERNADETTE DEVERA

**COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA**